# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Electronically FILED by Superior Court of California, County of Los Angeles 7/11/2024 8:02 AM David W. Slayton, Executive Officer/Clerk of Court, By J. Sam, Deputy Clerk

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
TESLA, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
SUNNY KIM

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE**: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of the State of California
Beverly Hills Courthouse, 9355 Burton Way, Beverly Hills, CA 90210

CASE NUMBER:
*(Número del Caso):*
24SMCV03339

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew Parker Felix, Esq., Morgan & Morgan, PA. 633 West Fifth Street, Suite 2200, Los Angeles, CA 90071, (352) 565-6537

DATE: July 11, 2024
*(Fecha)*

Clerk, by David W. Slayton, Executive Officer/Clerk of Court, Deputy
*(Secretario)* J. Sam *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: TESLA, INC
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 7/22/2024



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

ANDREW PARKER FELIX (SBN 276002)
CONOR FLYNN (FBN 1010091)*
**Pro hac vice* application forthcoming
MORGAN & MORGAN, P.A.
633 West Fifth Street, Suite 2200
Los Angeles, CA 90071
Telephone: (407) 244-3962
Fax: (407) 245-3334
andrew@forthepeople.com
*Counsel for Plaintiff*

**Electronically FILED by Superior Court of California, County of Los Angeles 7/11/2024 8:02 AM David W. Slayton, Executive Officer/Clerk of Court, By J. Sam, Deputy Clerk**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| SUNNY KIM,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a foreign corporation,<br><br>Defendant. | Case No.: 24SMCV03339<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff Sunny Kim, for the Complaint against Defendant Tesla Motors, Inc. (called "Tesla" herein), and alleges as follows:

**THE INCIDENT**

1. Sunny Kim suffered substantial injury leading to long-term hospitalization when on March 19, 2024, her Tesla Model Y- suddenly, without warning, and without input from Plaintiff – suddenly accelerated into the wall of her condo building's parking garage.

2. This sudden unintentional acceleration ("SUA"), in which a Tesla vehicle accelerates to full power even though the driver does not command the acceleration by pressing the accelerator pedal, has manifested in every Tesla Model line to date at rates that far exceed historical rates for

any other vehicles.

3. The National Highway Traffic Safety Administration has reopened its investigation into the defect causing widespread Tesla SUA events, following evidence that a voltage spike deep within the hardware of Tesla vehicles leads to incorrect readings of accelerator inputs, even where accelerator pedals are not in contact with the foot of a driver. The defective design of the inverter causes, in whole and/or in part, the SUA events.

## PARTIES

4. At all times herein mentioned, Sunny Kim ("Kim") was and is a California citizen, resident, and domiciliary.

5. Defendant TESLA, INC. (hereinafter "Tesla" or "Defendant Vehicle Manufacturer") is a foreign corporation that does significant and substantial business throughout California. Tesla, Inc. is a Delaware corporation with its principal place of business located in Texas. Tesla designed, manufactured, assembled, produced, distributed, and sold the vehicle Kim was occupying at the time of the subject incident.

6. Tesla, Inc. may be served with process on its in-state registered agent: CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, California 91203.

## GENERAL ALLEGATIONS

7. Plaintiff purchased the Subject Vehicle from Defendant Tesla on February 26, 2022. The Motor Vehicle Purchase Agreement is attached as *Exhibit A*.

8. Plaintiff is informed, believes, and therefore alleges that on or about March 19, 2024, Kim's 2022 Tesla Model Y, with VIN 7SAYGDEF7NF388892, suddenly and without command from the driver accelerated. The subject vehicle crashed into the exterior wall of Plaintiff's condominium building, resulting in Plaintiff's extensive injuries and subsequent hospitalization.

9. Plaintiff is informed, believes, and therefore alleges that the Subject Vehicle collided

with the wall at a substantial rate of speed, as evidenced by images of the Subject Vehicle following the collision:







10. Plaintiff is informed, believes, and thereon alleges that at no time after the purchase of the Tesla did any person alter, modify, or change any aspect or component of the vehicle's design or manufacture.

11. Plaintiff is informed, believes, and thereon alleges that the sudden unintentional acceleration caused and/or contributed to causing the Subject Incident and Plaintiff's damages as set forth herein.

12. Plaintiff is informed, believes, and thereon alleges that Tesla made, designed, manufactured, marketed, and sold the Subject Vehicle involved in the Subject Incident. Plaintiff further alleges that Tesla made, designed, and manufactured the Subject Vehicle in Alameda County, California, and marketed and sold in Los Angeles County, California, while maintaining its principal offices in Palo Alto, California.

## SPECIFIC ALLEGATIONS

13. Plaintiff realleges as though fully set forth at length and incorporated herein by reference all of the allegations and statements contained above.

14. Plaintiff is informed, believes, and thereon alleges that the Subject Vehicle was defective at the time of its manufacture, design, development, production, assembly, building, testing, inspection, installation, equipping, endorsement, exportation, importation, wholesaling, retailing, selling, renting, leasing, modification, and repair and entrustment, and that it failed to meet the reasonable expectations of safety of the class of persons of which Plaintiff is a member, and that any benefits derived from the design of said vehicle were substantially outweighed by the risk of harm inherent in said design, in that, and not by way of limitation, despite the availability to Tesla and its agents of safer alternative designed, the Subject Vehicle presented a substantial and unreasonable risk of death or injury to the users of the Subject Vehicle or those in the vicinity of its use.

15. Specifically, Plaintiff is informed and believes and thereon alleges that the Subject Vehicle was defective in its design, construction, assembly, and manufacture and dangerous to life and limb of the users and occupants thereof, in that, among other things and not by way of limitation, the Subject Vehicle was promoted as being safer than other vehicles on the market due, in part, to its emergency braking systems, when in fact the Subject Vehicle was demonstrably less safe than other vehicles, including those with similar features. Tesla failed to use state-of-the-art technologies as part of its AEB systems to create greater redundancies in case one or more of the systems failed. The aforementioned defects created substantial dangers which were unknown to the public in general, and would not be recognized by the ordinary user, and Tesla failed to give adequate warning of such dangers.

16. The defects in the design, manufacture, configuration, and assembly of the subject vehicle were substantial factors in Plaintiff's injuries.

17. Prior to the sale and distribution of the Subject Vehicle, Defendant Tesla knew the vehicle was in a defective condition as previously described. Further, Tesla, through its officers, directors and managing agents, had prior notice and knowledge from several sources, including but not limited to the results of a multiplicity of testing, internal memoranda and correspondence, and industry publications, as well as notice of numerous crashes and serious injuries caused by the design of the Subject Vehicle, that the vehicle was defective and presented a substantial, unreasonable, and foreseeable risk of harm to the public, including Plaintiff, in that said defects unreasonably subjected people to injury.

18. Despite such knowledge, Tesla, acting through its officers, directors and managing agents, for the purpose of enhancing Tesla's profits, knowingly and deliberately failed to remedy the known defects in the Subject Vehicle and failed to warn the public, including Plaintiff, of the extreme risk of injury occasioned by said defects. Tesla intentionally proceeded with the design, manufacture, sale, distribution, and marketing of the Subject Vehicle, knowing persons would be exposed to serious potential danger in order to advance its own pecuniary interest. Tesla' conduct was despicable, and so contemptible that it would be looked down upon and despised by ordinary decent people and was carried on by Tesla with a willful and conscious disregard for the safety of Plaintiff and others.

19. As a result of the Subject Incident and the negligent and wrongful conduct of Tesla, Plaintiff proximately sustained serious damages.

20. As a further proximate result of the conduct of Tesla, Plaintiff incurred:

a. Property and other pecuniary losses;

b. Both past and future economic damages; and

c. General damages in an amount according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests entry of judgment in her favor and against Tesla as follows:

1. For compensatory damages, in the amount to be proven at trial;
2. For special damages;
3. For general damages;
4. For interest on all economic damages in the legal amount from the date of Plaintiff's injury to date of judgment;
5. For reasonable costs of this suit; and
6. For such other relief as the Court may deem just, proper, and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

DATED: July 11, 2024

Respectfully submitted:

*/s/ Andrew Parker Felix*
ANDREW PARKER FELIX (SBN 276002)
CONOR FLYNN (FBN 1010091)*
**Pro hac vice* application forthcoming
MORGAN & MORGAN, P.A.
633 West Fifth Street, Suite 2200
Los Angeles, CA 90071
Telephone: (407) 244-3962
Fax: (407) 245-3334
andrew@forthepeople.com
*Counsel for Plaintiff*

# EXHIBIT A

Serial: Reservation RN116352685

# Motor Vehicle Purchase Agreement

## Vehicle Configuration

**Customer Information**

Sunny Eunhui Kim

202 N CLARK DR 204
BEVERLY HILLS, CA 90211

[redacted]

[redacted]

**VIN** 7SAYGDEF7NF388892

**Reservation** RN116352685

| | |
|---|---|
| **Order Fee Payment** | $250.00 |
| **Transport Fee Payment** | $0.00 |
| **Order Deposit** | $0.00 |
| **Accepted by Customer on** | 01/12/2022 |
| **Odometer** | 15 |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| Description | Total in USD |
|---|---|
| Model Y Performance Dual Motor All-Wheel Drive | $24,000.00 |
| Dual Motor All-Wheel Drive | $0.00 |
| Five Seat Interior | $0.00 |
| Black and White Premium Interior | $1,000.00 |
| Pearl White Paint | $0.00 |
| 21" Überturbine Wheels | $0.00 |
| Autopilot | $0.00 |
| Model Y | $39,990.00 |
| Premium Interior | $0.00 |
| Supercharger Network Access + Pay-as-you-go | $0.00 |
| Carbon Fiber Spoiler | $0.00 |
| Performance Pedals | $0.00 |
| Performance Upgrade | $0.00 |
| Performance Brakes | $0.00 |
| **Subtotal** | **$64,990.00** |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Fee | $250.00 |
| Transportation Fee (if applicable) | $0.00 |
| Carrier Direct Fee (if applicable) | $0.00 |
| Order Modification Fee (if applicable) | $0.00 |
| **Total** | **$66,440.00** |


Tesla, Inc. ©2021

TESLA

# Motor Vehicle Purchase Agreement
## Final Price Sheet

| DATE OF AGREEMENT | 02/26/2022 |
|---|---|
| **BUYER'S AND CO-BUYER'S NAME AND ADDRESS:** | **SELLER'S NAME AND ADDRESS:** |
| Sunny Eunhui Kim<br><br>202 N CLARK DR 204<br>BEVERLY HILLS, CA 90211 | Tesla Motors Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538<br>Alameda |

**DESCRIPTION OF PROPERTY**

| *New/Used* | *Year* | *Make* | *Model* | *Style* | *Vehicle Identification Number* | *Odometer* |
|---|---|---|---|---|---|---|
| New | 2022 | TESLA | Model Y | UT | 7SAYGDEF7NF388892 | 15 |

**PURCHASE PRICE**

| | | | |
|---|---|---|---|
| **1. Total Vehicle Price** | | | |
| A. Cash price of motor vehicle, options, accessories and fees. (See attached Vehicle Configuration for itemization.) | $ 66,440.00 (A) | | |
| B. Other: N/A | $ 0.00 (B) | | |
| C. Other: N/A | $ 0.00 (C) | | |
| Total Vehicle Price (A through C) | | $ 66,440.00 | (1) |
| **2. Sales Tax Calculation** | | | |
| A. Trade-in tax credit (if applicable) | $ 0.00 (A) | | |
| B. Taxable Fees (if applicable) | $ 0.00 (B) | | |
| C. Subtotal of Taxable Items | $ 66,440.00 (C) | | |
| D. Sales Tax | | $ 6,311.81 | (2D) |
| E. Other: N/A | | $ 0.00 | (2E) |
| Total Cash Price (1 plus 2D and 2E) | | $ 72,751.81 | (2) |
| **3. Amounts Paid to Government Agencies*** | | | |
| A. Registration/Transfer/Titling Fees | $ 302.00 (A) | | |
| B. License Fee (if applicable) | $ 431.00 (B) | | |
| C. Tire Fee (if applicable) | $ 7.00 (C) | | |
| D. Battery Fee (if applicable) | $ 0.00 (D) | | |
| E. Other Fee(s): Electronic Filing Fee | $ 30.00 (E) | | |
| F. Other Fee(s): N/A | $ 0.00 (F) | | |
| G. Other Fee(s): N/A | $ 0.00 (G) | | |
| Total Government Fees (A through G) | | $ 770.00 | (3) |
| **4. Subtotal (2 plus 3)** | | $ 73,521.81 | **(4)** |
| **5. Total Credits** | | | |
| A. Deposit | $ 0.00 (A) | | |
| B. Order Fee Payment | $ 250.00 (B) | | |
| C. Transport Fee Payment (if applicable) | $ 0.00 (C) | | |
| D. Financed Amount: Bank of America, NA | $ 60,000.00 (D) | | |
| E. EV Incentive (if applicable) | $ 750.00 (E) | | |
| F. Trade in value applied to purchase (if applicable) | $ 0.00 (F) | | |
| G. Customer downpayment | $ 12,521.81 (G) | | |
| Total Credits (A through G) | | $ 73,521.81 | (5) |
| **6. Amount Due from Buyer (4 through 5)** | | $ 0.00 | **(6)** |

*Seller may retain or receive part of the amounts paid to others.

**Auto Broker Fee: This transaction is not subject to a fee received by an auto broker from Seller unless this box is checked:**
☐ **If checked, name of auto broker receiving fee: n/a**

TESLA

# Motor Vehicle Order Agreement
## Terms & Conditions

**Documentation.** Your Motor Vehicle Order Agreement (the "Agreement") is made up of the following documents:

1. **Vehicle Configuration:** The Vehicle Configuration describes the vehicle that you configured and ordered, including pricing (excluding taxes and official or government fees).
2. **Final Price Sheet:** The Final Price Sheet will be provided to you as your delivery date nears. It will include final pricing based on your final Vehicle Configuration and will include taxes and official or governmental fees.
3. **Terms & Conditions:** These Terms & Conditions are effective as of the date you place your order and make your Order Fee (the "Order Date").

**Agreement to Purchase.** You agree to purchase the vehicle (the "Vehicle") described in your Vehicle Configuration from Tesla, Inc. or its affiliate ("we," "us" or "our"), pursuant to the terms and conditions of this Agreement. Your Vehicle is priced and configured based on features and options available at the time of order and you can confirm availability with a Tesla representative. Options, features or hardware released or changed after you place your order may not be included in or available for your Vehicle. If you are purchasing a used Vehicle, it may exhibit signs of normal wear and tear in line with its respective age and mileage.

**Purchase Price, Taxes and Official Fees.** The purchase price of the Vehicle is indicated in your Vehicle Configuration. This purchase price does not include taxes and official or government fees, which could amount to up to 10% or more of the Vehicle purchase price. Because these taxes and fees are constantly changing and will depend on many factors, such as where you register the Vehicle, they will be calculated closer to the time of delivery and indicated on your Final Price Sheet. You are responsible for paying these additional taxes and fees. If Tesla is registering your Vehicle, this will be due when you pay the purchase price. If you are registering your Vehicle in a self-registration state, the sales tax and state-applicable registration fees may be due at time of registration. If you present a check for any payment, we may process the payment as a normal check transaction, or we may use information from your check to make a one-time electronic fund transfer from your account, in which case your bank account will reflect this transaction as an Electronic Fund Transfer. If you are purchasing a used Vehicle, your Order Deposit will be applied to your Purchase Price.

**Order Process; Cancellation; Changes.** After you submit your completed order, we will begin the process of preparing and coordinating your Vehicle delivery. At this point, you agree that any paid Order Fee, Order Deposit and Transportation fee have been earned. If you cancel your order or breach this Agreement and we cancel your order, you agree that we may retain as liquidated damages the Order Fee, Order Deposit and Transportation Fee, to the extent not otherwise prohibited by law. You acknowledge that the Order Fee, Order Deposit and Transportation Fee are a fair and reasonable estimate of the actual damages we have incurred or may incur in transporting, remarketing, and reselling the Vehicle, costs which are otherwise impracticable or extremely difficult to determine. If you make changes to your order, you may be subject to potential price increases for any pricing adjustments made since your original Order Date. Any changes made by you to your Vehicle Configuration, including changes to the delivery location or estimated delivery date, will be reflected in a subsequent Vehicle Configuration that will form part of this Agreement. The Order Fee, Order Deposit, Transportation Fee and this Agreement are not made or entered into in anticipation of or pending any conditional sale contract.

**Delivery; Transfer of Title.** If you are picking up your Vehicle in a state where we are licensed to sell the Vehicle, we will notify you of when we expect your Vehicle to be ready for delivery at your local Tesla Delivery Center, or other location as we may agree to. You agree to schedule and take delivery of your Vehicle within three (3) days of this date. If you do not respond to our notification or are unable to take delivery within the specified period, your Vehicle may be made available for sale to other customers. For new vehicles, if you do not take delivery within thirty (30) days of our first attempt to notify you, Tesla may cancel your order and keep your Order Fee.

If you wish to pick up or take delivery of your Vehicle in a state where we are not licensed to sell the Vehicle, or if you and Tesla otherwise agree, Tesla will, on your behalf and at your cost, coordinate the shipment of your Vehicle to you, generally from our factory in California or another state where we are licensed to sell the Vehicle. In such a case, you agree that this is a shipment contract under which Tesla will coordinate the shipping of the Vehicle to you via a third-party common carrier or other mode of transport. You agree that delivery of the Vehicle, including the transfer of title and risk of loss to you, will occur at the time your Vehicle is loaded onto the transport (*i.e.*, FOB shipping point). During such transit, your Vehicle will be insured at no cost to you, and you will be the beneficiary of any claims for damage to the Vehicle or losses occurring while the Vehicle is in transit. To secure your


Tesla, Inc. ©2021

TESLA

final payment and performance under the terms of this Agreement, we will retain a security interest in the Vehicle and all proceeds therefrom until your obligations have been fulfilled.

If you choose to pick up or take delivery of your Vehicle in a state in which we are not licensed to sell the Vehicles, the Vehicle may be delivered or shipped to you from a state in which Tesla likewise does not have a license to sell the Vehicles. In such a case, you agree that the sale is transacted, and legal title to the Vehicle transfers to you, in the State of California, at the later of the time that (i) you make your final payment to Tesla in California or (ii) Tesla approves your purchase from a sales or delivery location in California (if applicable).

The estimated delivery date of your Vehicle, if provided, is only an estimate as we do not guarantee when your Vehicle will actually be delivered. Your actual delivery date is dependent on many factors, including your Vehicle's configuration and manufacturing availability.

**Incentives.** Tesla makes no promises, warranties or guarantees regarding your eligibility for any incentives, rebates and tax credits (the "Incentives") related to the Vehicle. If Tesla has credited your Purchase Price for the amount of an Incentive, but you do not qualify for the Incentive at no fault of Tesla's, you shall reimburse Tesla for the amount of the credit.

**Premium Connectivity.** A trial of Premium Connectivity will be included following delivery of the Vehicle. Once this trial is over as detailed at www.tesla.com/support/connectivity, you may subscribe to Premium Connectivity or your Vehicle will return to Standard Connectivity. Features included in Premium Connectivity are subject to change and may be limited or unavailable due to Obsolete Hardware. You understand and agree that the cellular or other network needed for any Connectivity is provided by your local telecommunications company and other external providers, and that we are not liable for any parts, software, upgrades or any other costs (including labor) needed to use or maintain network connectivity or compatibility with any features or services externally supplied to the Vehicle. Any connectivity issues (including for quality, functionality or coverage) or gaps in service unrelated to a hardware fault or failure are not covered by Tesla warranties.

**Obsolete Hardware and Future Firmware Updates.** The Vehicle will regularly receive over-the-air software updates that add new features and enhance existing ones over Wi-Fi. Future software updates may not be provided for your Vehicle, or may not include all existing or new features or functionality, due to your Vehicle's age, configuration, data storage capacity or parts, after the expiration of your Warranty. We are not liable for any parts or labor or any other cost needed to update or retrofit the Vehicle so that it may receive these updates, or any Vehicle issues occurring after the installation of any software updates due to obsolete, malfunctioning (except as covered by your Warranty) or damaged hardware.

**Privacy Policy; Payment Terms for Services; Supercharger Fair Use Policy.** Tesla's Customer Privacy Policy; Payment Terms for Services and Supercharger Fair Use Policy are incorporated into this Agreement and can be viewed at www.tesla.com/about/legal.

**Warranty.** You will receive the Tesla New Vehicle Limited Warranty or the Tesla Used Vehicle Limited Warranty, as applicable, at or prior to the time of Vehicle delivery or pickup. You may also obtain a written copy of your warranty from us upon request or from our website.

**Limitation of Liability.** We are not liable for any incidental, special or consequential damages arising out of this Agreement. Your sole and exclusive remedy under this Agreement will be limited to reimbursement of your Order Fee, Order Deposit and Transportation Fee.

**Agreement to Arbitrate.** Please carefully read this provision, which applies to any dispute between you and Tesla, Inc. and its affiliates, (together "Tesla").

If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com.

If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products.

TESLA

We will pay all AAA fees for any arbitration, which will be held in the city or county of your residence. To learn more about the Rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

The arbitrator may only resolve disputes between you and Tesla, and may not consolidate claims without the consent of all parties. The arbitrator cannot hear class or representative claims or requests for relief on behalf of others purchasing or leasing Tesla vehicles. In other words, you and Tesla may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy, then that claim or remedy (and only that claim or remedy) must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days after signing this Agreement by sending a letter to: Tesla, Inc.; P.O. Box 15430; Fremont, CA 94539-7970, stating your name, Vehicle Identification Number, and intent to opt out of the arbitration provision. If you do not opt out, this agreement to arbitrate overrides any different arbitration agreement between us, including any arbitration agreement in a lease or finance contract.

**No Resellers; Discontinuation; Cancellation.** Tesla and its affiliates sell cars directly to end-consumers, and we may unilaterally cancel any order that we believe has been made with a view toward resale of the Vehicle or that has otherwise been made in bad faith, and we'll keep your Order Fee, Order Deposit and Transportation Fee. This includes orders for which a third-party is facilitating or brokering the sale, or if the vehicles are to be exported to somewhere other than where you tell us you will be registering the Vehicle. We may also cancel your order and refund your Order Fee, Order Deposit and Transportation Fee if we discontinue a product, feature or option after the time you place your order. We work to fulfill your order as quickly as we can. If you do not take delivery of your Vehicle within ninety (90) days of placing your order at no fault of Tesla's, we may cancel your order and keep your Order Fee, Order Deposit and Transportation Fee. Alternatively, Tesla may give you the option to reconfigure your Vehicle at the current pricing.

**Default and Remedies.** You will be in default of this Agreement if you provide false or misleading information in your order, or do anything else the law says is a default. If you are in default, we may, after any legally required notice or waiting period: (i) do anything to protect our interest in the Vehicle, including repossessing the Vehicle using legally permitted means, (ii) locate and disable the Vehicle electronically using our remote dynamic vehicle connection described in our Privacy Policy, (iii) sue you for damages or to get the Vehicle back, and/or (iv) charge you for amounts we spend taking these actions.

**Governing Law; Integration; Assignment.** Except as provided below, the terms of this Agreement are governed by, and to be interpreted according to, the laws of the State in which we are licensed to sell motor vehicles that is nearest to your address indicated on your Vehicle Configuration. Prior agreements, oral statements, negotiations, communications or representations about the Vehicle sold under this Agreement are superseded by this Agreement. Terms relating to the purchase not expressly contained herein are not binding. We may assign this Agreement at our discretion to one of our affiliated entities.

**State-Specific Provisions.** You acknowledge that you have read and understand the provisions applicable to you in the State-Specific Provisions attachment to this Agreement.

This Agreement is entered into and effective as of the date you accept this Agreement, by electronic means or otherwise. By confirming and accepting this Agreement, you agree to the terms and conditions of this Agreement.


Tesla, Inc. ©2021

TESLA

## State Specific Provisions

For **NEW YORK** residents: If the Vehicle is not delivered in accordance with the Agreement within 30 days following the estimated delivery date, you have the right to cancel the Agreement and receive a full refund, unless the delay in delivery is attributable to you.

For **MASSACHUSETTS** residents: ATTENTION PURCHASER: All vehicles are WARRANTED as a matter of state law. They must be fit to be driven safely on the roads and must remain in good running condition for a reasonable period of time. If you have significant problems with the Vehicle or if it will not pass a Massachusetts inspection, you should notify us immediately. We may be required to fix the car or refund your money. THIS WARRANTY IS IN ADDITION TO ANY OTHER WARRANTY GIVEN BY US.

For **MICHIGAN** residents and purchasers: The terms of this Agreement are governed by, and are to be interpreted according to, Michigan law. The sale of your vehicle will be transacted outside of Michigan, and in a state in which Tesla has a license to sell vehicles, as explained in the body of the Agreement.

For **WASHINGTON, D.C.** residents:

NOTICE TO PURCHASER

IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE MANUFACTURER, ITS AGENT, OR AUTHORIZED DEALER IS UNABLE TO REPAIR OR CORRECT ANY NON-CONFORMITY, DEFECT, OR CONDITION WHICH RESULTS IN SIGNIFICANT IMPAIRMENT OF THE MOTOR VEHICLE, THE MANUFACTURER, AT THE OPTION OF THE CONSUMER, SHALL REPLACE THE MOTOR VEHICLE WITH A COMPARABLE MOTOR VEHICLE, OR ACCEPT RETURN OF THE MOTOR VEHICLE FROM THE CONSUMER AND REFUND TO THE CONSUMER THE FULL PURCHASE PRICE, INCLUDING ALL SALES TAX, LICENSE FEES, REGISTRATION FEES, AND ANY SIMILAR GOVERNMENT CHARGES. IF YOU HAVE ANY QUESTIONS CONCERNING YOUR RIGHTS, YOU MAY CONTACT THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.

Seller certifies that the information contained in the itemization of the purchase price, including the Vehicle Configuration, and required by Chapter 3 (Buying, Selling and Financing Motor Vehicles) of Title 16 of the Code of D.C. Municipal Regulations, is true to the best of our knowledge.

For **RHODE ISLAND** residents: Rhode Island law requires that all motor vehicles sold at retail must be in such condition as to pass a State safety inspection at the time of sale so as to protect consumers.


Tesla, Inc. ©2021

TESLA

This Agreement is entered into and effective as of the date you accept this Agreement, by electronic means or otherwise. By confirming and accepting this Agreement, you agree to the terms and conditions of this Agreement.

| | | | |
|---|---|---|---|
| Buyer's Signature | | | |
| | Signature | Name | Date |
| Co-Buyer's Signature | | | |
| | Signature | Name | Date |
| Seller Signature | *Troy Jones* | VP, North America Sales | 02/24/2022 |
| Tesla | By | Title | Date |

TESLA

# Payment Instructions

**Electronic Check**

The easiest way to pay for your Model Y is by electronic check, also known as ACH. Prior to delivery, you will be invited by email to make your payment on our website.

To make a payment now, please sign in to your My Tesla account at this web address:

https://www.tesla.com/teslaaccount

**Mailed Check**

If you are planning to mail a check for final payment, please send it to the following address:

Attn: Funding Team
45500 Fremont Blvd
Fremont, CA 94538

**Wire Transfer**

Please include your name and your order number (RN116352685) when paying by wire transfer.

| | |
|---|---|
| Bank Name | Wells Fargo Bank, N.A. |
| Bank Address | 420 Montgomery<br>San Francisco, CA 94104 |
| Account Name | Tesla Motors Inc. |
| Account # | [redacted] |
| ABA/Routing # | [redacted] |
| Note | *Your name,* [redacted] |

Please note: If you are sending a wire from Bank of America, you must use this account number: 4000118323